1  **ANTHONY P. CAPOZZI, CSBN: 068525**
   **LAW OFFICES OF ANTHONY P. CAPOZZI**
2  1233 W. SHAW AVE., SUITE 102
   FRESNO, CALIFORNIA 93711
3  PHONE: (559) 221-0200
   FAX: (559) 221-7997
4  EMAIL: Anthony@capozzilawoffices.com
   www.capozzilawoffices.com
5

6  ATTORNEY FOR Defendant,
   JOSEPH BOWERS
7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10                              * * * * * *

11 | UNITED STATES OF AMERICA, | Case No.: 1:17-CR-00075-3 LJO-SKO
12 | Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SENTENCING**
13 | v. |
14 | | Date: **January 22, 2019**
15 | JOSEPH BOWERS, | Time: **8:30 a.m.**
   | | Courtroom: **4**
16 | Defendant. | Hon. Lawrence J. O'Neill

17

18 **TO:   THE HONORABLE COURT AND TO THE UNITED STATES ATTORNEY:**

19        Defendant, JOSEPH BOWERS and through his attorney of record, Anthony P. Capozzi,

20 and the United States Attorney by and through its representative Melanie Alsworth, hereby

21 stipulate as follows:

22        1.   By previous order, this matter was set for sentencing on January 22, 2019, at 8:30

23 a.m.

24        2.   The parties agree and stipulate that Defendant requests this court to continue the

25 sentencing until **February 25, 2019, at 9:30 a.m.**

26        3.   The parties agree and stipulate, and request that the Court find the following:

27             a. The Defendant pled guilty on October 9, 2018.

28             b. Parties need additional time to prepare and object to the Pre-Sentence

| | |
|---|---|
| 1 | Investigation Report. |
| 2 | c. The Government does not object to this continuance. |
| 3 | 4. Additionally, the parties also agree to amend the briefing schedule as follows: |
| 4 | Pre-Sentence Investigation Report is due on January 8, 2019, Informal objections are due on |
| 5 | January 23, 2018, and Formal objections are due on February 5, 2018. |
| 6 | IT IS SO STIPULATED. |

Respectfully submitted,

DATED: November 27, 2018   By: */s/Anthony P. Capozzi*
ANTHONY P. CAPOZZI
Attorney for Defendant JOSEPH BOWERS

DATED: November 27, 2018   By: */s/Melanie L. Alsworth*
MELANIE L. ALSWORTH
Assistant United States Attorney

### ORDER

For reasons set forth above, the continuance requested by the parties is granted for good cause.

**IT IS ORDERED** that the sentencing currently scheduled for January 22, 2019, at 8:30 a.m. is continued to **February 25, 2019, at 9:30 a.m.**, the Pre-Sentence Investigation Report is due on January 8, 2019, Informal objections are due on January 23, 2018, and Formal Objections are due on February 5, 2018.

IT IS SO ORDERED.

Dated:   **November 28, 2018**          **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE