| | |
|---|---|
| 1 | **ANTHONY P. CAPOZZI, CSBN: 068525**<br>**LAW OFFICES OF ANTHONY P. CAPOZZI** |
| 2 | 1233 W. SHAW AVE., SUITE 102<br>FRESNO, CALIFORNIA 93711 |
| 3 | PHONE: (559) 221-0200<br>FAX: (559) 221-7997 |
| 4 | EMAIL: Anthony@capozzilawoffices.com<br>www.capozzilawoffices.com |
| 5 | |
| 6 | ATTORNEY FOR Defendant,<br>JOSEPH BOWERS |

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
\* \* \* \* \* \*

| UNITED STATES OF AMERICA, | Case No.: 1:17-CR-00075-3 LJO-SKO |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SENTENCING** |
| v. | |
| JOSEPH BOWERS, | Date: **February 25, 2019**<br>Time: **9:30 a.m.**<br>Courtroom: **4**<br>Hon. Lawrence J. O'Neill |
| Defendant. | |

**TO: THE HONORABLE COURT AND TO THE UNITED STATES ATTORNEY:**

Defendant, JOSEPH BOWERS and through his attorney of record, Anthony P. Capozzi, and the United States Attorney by and through its representative Melanie Alsworth, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on February 25, 2019, at 9:30 a.m.

2. The parties agree and stipulate that Defendant requests this court to continue the sentencing until **March 25, 2019, at 8:30 a.m.**

3. The parties agree and stipulate, and request that the Court find the following:

    a. The Defendant pled guilty on October 9, 2018.

    b. The Defendant has suffered several losses recently. His sister passed

1
STIPULATION AND ORDER TO CONTINUE SENTENCING
CASE NO.: 1:17-CR-00075-3 LJO-SKO

away and his father is currently going through chemotherapy. The Defendant needs additional time to make arrangements for his father's care and to secure a flight out of Washington State which has been hit hard by recent storms.

    c.    The Government does not object to this continuance.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: February 8, 2019 By: */s/Anthony P. Capozzi*
ANTHONY P. CAPOZZI
Attorney for Defendant JOSEPH BOWERS

DATED: February 8, 2019 By: */s/Melanie L. Alsworth*
MELANIE L. ALSWORTH
Assistant United States Attorney

## ORDER

For reasons set forth above, the continuance requested by the parties is granted for good cause.

The sentencing currently scheduled for February 25, 2019, at 8:30 a.m. is continued to **March 25, 2019, at 8:30 a.m. No further continuances will be entertained.**

IT IS SO ORDERED.

Dated: **February 12, 2019**        /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE